UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON D. GREEN,

               Plaintiff

   v.

LAWRENCE SAMPLES et al.,

               Defendants

Case No.  2:19-cv-02006-APG-VCF

ORDER

**I.  DISCUSSION**

    Plaintiff has filed a motion seeking a court order to obtain the names of the Clark County Detention Center ("CCDC") officers that were on duty during the dates and times referenced in his complaint in order to substitute the real names of the Doe officers.  (ECF No. 9).  Plaintiff also seeks a courtesy copy of his complaint because correctional officers destroyed his complaint in a cell search.  (*Id.*)

    The Court grants Plaintiff's request for a courtesy copy of his complaint.

    As to Plaintiff's request for a court order, the Court denies that portion of the motion without prejudice.  After the Court orders service in this case[1], Plaintiff should attempt to learn the names of Doe officers during the ordinary course of discovery.  *See* Fed. R. Civ. P. 26(b)(1), 33 (explaining the use of interrogatories to obtain discovery that is relevant to "any party's claim or defense").

**II.  CONCLUSION**

    For the foregoing reasons, it is ordered that the motion for order (ECF No. 9) is granted in part and denied in part.

    It is further ordered that the Clerk of the Court send Plaintiff courtesy copies of the screening order (ECF No. 7) and complaint (ECF No. 8).

---

[1] If Plaintiff chooses not to file an amended complaint, the Court will issue a service order on the colorable claims in the original complaint as discussed in the screening order.  (*See* ECF No. 7).  If Plaintiff chooses to file an amended complaint, the Court will screen the amended complaint and issue a service order if Plaintiff states any colorable claims against at least one named defendant in the amended complaint.

It is further ordered that if Plaintiff chooses to file an amended complaint, he must file the amended complaint by December 23, 2020.

It is further ordered that if Plaintiff chooses not to file an amended complaint, this action will proceed only against Samples (claim 1) and the Doe officers when Green learns their identities (claims 2, 4, 6, and 7).

DATED THIS  24th  day of November 2020.

_____
UNITED STATES MAGISTRATE JUDGE