**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brandon D. Green, | Case No.: 2:19-cv-02006-APG-VCF |
| Plaintiff | **Order Granting Extension** |
| v. | [ECF No. 11] |
| Lawrence Samples, et al., | |
| Defendants | |

Plaintiff Brandon D. Green's motion to extend the deadline to file an amended complaint **(ECF No. 11) is granted**.  Mr. Green shall file his amended complaint by January 22, 2021.

DATED this 7th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE