# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRANDON D. GREEN,

    Plaintiff,

vs.

LAWRENCE SAMPLES, *et al.*,

    Defendants.

2:19-cv-02006-APG-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Vacate Declaration (ECF NO. 32).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate his Declaration of Default (ECF NO. 32) is GRANTED.

DATED this 28th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE