# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

BRANDON D. GREEN,

      Plaintiff,

vs.

LAWRENCE SAMPLES, *et al.,*

      Defendants.

2:19-cv-02006-APG-VCF

**ORDER**

    Before the Court is LVMPD defendants' motion for leave to take the videotaped deposition of plaintiff, Brandon D. Green, an incarcerated person (ECF No. 43).

    Defendants would like to take Plaintiff's deposition to understand the asserted claims and prepare defense for trial.

    Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

    Here, no opposition has been filed. It would seem as though Plaintiff has consented to the granting of the instant motion.

    Accordingly, and good cause appearing,

    IT IS HEREBY ORDERED that LVMPD defendants' motion for leave to take the videotaped deposition of plaintiff, Brandon D. Green, an incarcerated person (ECF No. 43) is GRANTED.

    DATED this 1st day of November, 2021.

                                                                               _____

                                                                               CAM FERENBACH
                                                                               UNITED STATES MAGISTRATE JUDGE